UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LILLIAN E. MINOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:07-CV-0915-G |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | **ECF** |
| ) | |
| Defendant. ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED**. Accordingly, plaintiff's motion for summary judgment, filed November 21, 2007, is **DENIED**.

Commissioner's motion for summary judgment, filed January 16, 2008, is

**GRANTED**.

July 21, 2008.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**